FORM 32. Response to Notice to Advise of Scheduling Conflicts   Form 32
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2023-1557

**Short Case Caption:** 3G Licensing, S.A. v. Honeywell Internationl Inc. et al.

**Party Name(s):** Sierra Wireless, ULC

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

**Argument Waiver**   ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

**Name of Expected Arguing Counsel**   Daniel Tyler Keese

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes   ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

FORM 32. Response to Notice to Advise of Scheduling Conflicts Form 32
March 2023

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☐ Yes ☑ No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/17/2024　　　Signature: /s/ Daniel Tyler Keese

　　　　　　　　　　　Name: Daniel Tyler Keese

THAT UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

3G LICENSING, S.A.,

*Appellant*

v.

HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, ULC, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC., TELIT CIN-TERION DEUTSCHLAND GMBH, F/D/B/A THALES DIS AIS DEUTSCHLAND GMBH,

*Appellees*

_____

2023-1557

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01141.

_____

**STATEMENT OF GOOD CAUSE FOR
APPELLEES' LISTING OF ORAL ARGUMENT CONFLICTS**

Daniel Tyler Keese
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727–2132
E-mail: dkeese@perkinscoie.com

Amanda Tessar
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202
Phone: (303) 291–2388
E-mail: atessar@perkinscoie.com

*Counsel for Appellee Sierra Wireless, ULC*

Counsel for Appellee Sierra Wireless, ULC submits the following statement of good cause in support of its response to the Court's January 11, 2024, Notice to Advise of Scheduling Conflicts of Arguing Counsel.

I, lead counsel, Daniel Tyler Keese, will argue on behalf of Appellees. I have conflicts due to vacation reservations scheduled for the dates identified in Sierra Wireless, ULC's accompanying response to the Court's notice (June 3-7 and July 8-10, 2024).

Dated: January 17, 2024

Respectfully submitted,

*/s/ Daniel Tyler Keese*
Daniel Tyler Keese
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727–2132
E-mail: dkeese@perkinscoie.com