NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**3G LICENSING, S.A.,**
*Appellant*

v.

**HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, ULC, fka Sierra Wireless, Inc., TELIT CINTERION DEUTSCHLAND GMBH, fdba Thales DIS AIS Deutschland GmbH,**
*Appellees*

---

2023-1557

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01141.

---

**ON MOTION**

---

**O R D E R**

TCT Mobile International Limited, TCT Mobile, Inc., TCT Mobile (US) Inc., TCT Mobile (US) Holdings, Inc., and TCL Communication Technology Holdings Limited move unopposed to withdraw as parties to this appeal.

Upon consideration thereof,

2   3G LICENSING, S.A. v. HONEYWELL INTERNATIONAL INC.

IT IS ORDERED THAT:

(1) The motion is granted. The official caption is revised as reflected in this order.

(2) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this appeal.

FOR THE COURT

August 13, 2024
Date

Jarrett B. Perlow
Clerk of Court