# United States Court of Appeals for the Federal Circuit

---

**3G LICENSING, S.A.,**
*Appellant*

v.

**HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, ULC, FKA SIERRA WIRELESS, INC., TELIT CINTERION DEUTSCHLAND GMBH, FDBA THALES DIS AIS DEUTSCHLAND GMBH,**
*Appellees*

---

2023-1557

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01141.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered December 10, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

January 16, 2025
Date

Jarrett B. Perlow
Clerk of Court